CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, NV 89102
Ph: (702) 385-1954
Fax: (702) 385-9081
cpotter@potterlawoffices.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VIVIAN WRIGHT-BOLTON;<br><br>　　　　Plaintiff,<br>v.<br>MELANIE ANDRESS-TOBIASSON, individually; THE ESTATE OF JENNIFER BOLTON deceased; KOCKA & BOLTON, LLC, a Nevada Limited Liability Company;<br><br>　　　　Defendants.<br>_____/ | CASE NO.:  2:14-cv-01612-APG-PAL |

**<u>STIPULATION AND ORDER TO EXTEND PLAINTIFF'S RESPONSE AND</u>**

**<u>DEFENDANT'S REPLY TO DEFENDANT MELANIE ANDRESS-TOBIASSON'S</u>**

**<u>MOTION FOR SUMMARY JUDGMENT</u>**

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, VIVIAN WRIGHT-BOLTON, by and through her counsel, CAL J. POTTER, III, ESQ. and C. J. POTTER, IV, ESQ. of POTTER LAW OFFICES and Defendant, MELANIE ANDRESS-TOBIASSON, by and through her counsel WALTER R. CANNON, ESQ. and THOMAS D. DILLARD, JR, ESQ. of OLSON CANNON GORMLEY & STOBERSKI that the date for Plaintiff's Response to Defendant's Motion for Summary Judgment [doc. 13] currently due Thursday, March 19, 2015 be extended two (2) weeks up to and including Thursday, April 2, 2015.  The parties also request that the Defendant's Reply thereto be extended to April 20, 2015.

1      Plaintiff submits that good cause exists for this extension as Plaintiff's counsel has been unable to complete the Response due to other deadlines, numerous appearances, and multiple depositions.  Based upon the foregoing, the parties request that this Court order the time for the Plaintiff to file her Response to Defendant's Motion for Summary Judgment [doc. 13] to Thursday, April 2, 2015 and that Defendant's Reply be extended to April 20, 2015.

     This is the first request for enlargement of time is made in good faith and not for the purposes of delay.

DATED this 19th day of March, 2015.

POTTER LAW OFFICES

By  /s/ C. J. Potter, IV, Esq.
CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV. ESQ.
Nevada Bar No. 13225
1125 Shadow Lane
Las Vegas, NV 89102
*Attorneys for Plaintiff*

DATED this 19th day of March, 2015.

OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI

By  /s/ Thomas D. Dillard, Jr., Esq.
WALTER R. CANNON, ESQ.
Nevada Bar No. 1505
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 6270
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
*Attorney for Defendant Melanie Andress-Tobiasson*

**ORDER**

It is so Ordered.

March 20, 2015
_____
DATED

_____
U.S. DISTRICT COURT JUDGE