CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, NV 89102
Ph: (702) 385-1954
Fax: (702) 385-9081
cpotter@potterlawoffices.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VIVIAN WRIGHT-BOLTON; | CASE NO.: 2:14-cv-01612-APG-PAL |
| Plaintiff, | |
| v. | |
| MELANIE ANDRESS-TOBIASSON, individually; THE ESTATE OF JENNIFER BOLTON deceased; KOCKA & BOLTON, LLC, a Nevada Limited Liability Company; | |
| Defendants. | |

**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S REPLY TO COUNTER-MOTION PURSUANT TO RULE 56(d)**

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, VIVIAN WRIGHT-BOLTON, by and through her counsel, CAL J. POTTER, III, ESQ. and C. J. POTTER, IV, ESQ. of POTTER LAW OFFICES and Defendant, MELANIE ANDRESS-TOBIASSON, by and through her counsel WALTER R. CANNON, ESQ. and THOMAS D. DILLARD, JR, ESQ. of OLSON CANNON GORMLEY & STOBERSKI that the date for Plaintiff's to file her Reply to Defendant's Opposition to Counter-Motion Pursuant to Rule 56(d) [doc. 22] currently due Thursday, May 7, 2015 be extended two (2) weeks up to and including Thursday, May 21, 2015.

Plaintiff submits that good cause exists for this extension as Plaintiff's counsel has been unable to complete the Reply due to numerous court appearances, multiple depositions, and

other deadlines, including but not limited to Ninth Circuit and Nevada Supreme Court appeal briefs. Based upon the foregoing, the parties request that this Court order the time for the Plaintiff to file her Reply to Thursday, May 21, 2015.

This is the first request for enlargement of time is made in good faith and not for the purposes of delay.

DATED this 7th day of May, 2015.

POTTER LAW OFFICES

By /s/ C. J. Potter, IV, Esq.
CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV. ESQ.
Nevada Bar No. 13225
1125 Shadow Lane
Las Vegas, NV 89102
*Attorneys for Plaintiff*

DATED this 8th day of May, 2015.

OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI

By /s/ Thomas D. Dillard, Jr., Esq.
WALTER R. CANNON, ESQ.
Nevada Bar No. 1505
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 6270
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
*Attorney for Defendant Melanie Andress-Tobiasson*

## ORDER

IT IS SO ORDERED.

May 11, 2015
DATED

_____
U.S. DISTRICT COURT JUDGE

2