WALTER R. CANNON, ESQ.
Nevada Bar No. 001505
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 - telephone
(702) 383-0701 - facsimile
wcannon@ocgas.com
tdillard@ocgas.com
Attorneys for Defendant
Judge Melanie Andress-Tobiasson

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| VIVIAN WRIGHT-BOLTON, | |
| Plaintiff, | CASE NO. 2:14-cv-01612-APG-PAL |
| vs. | |
| MELANIE ANDRESS-TOBIASSON, individually; THE ESTATE OF JENNIFER BOLTON deceased; KOCKA & BOLTON, LLC, a Nevada Limited Liability Company; | |
| Defendants. | |

### JOINT INTERIM STATUS REPORT

COMES NOW the parties, by and through their counsel of record, and hereby submit to this Court the Joint Interim Status Report in accordance with the Federal Rules of Civil Procedure and Local Rule 26-3.

1. **Time Estimated for Trial:** 4 - 5 Days

2. **Proposed Dates for Trial:** None at this time

A short time after the commencement of this case, Defendant Tobiasson filed a Motion for Summary Judgment based upon judicial immunity and qualified immunity. This Motion has now been fully briefed and stands submitted to the Court for decision. If granted, this Motion will dispose of Plaintiff's claims.

. . .

It is anticipated that if the pending Motion is denied, that the parties will need to take 6 to 8 depositions before their respective cases are ready for trial. Inasmuch as the current discovery cutoff date in the case is July 28, 2015, the parties would anticipate filing a Motion seeking to extend the discovery deadline for a brief period of time to enable them to complete their respective discovery.

3. **Substantive Motions:** As indicated above, Defendant Tobiasson filed a Motion for Summary Judgment on February 23, 2015, and that Motion is presently under submission to the Court for decision.

This instant Joint Interim Status Report is submitted to the Court premised upon the parties present beliefs as to the nature and scope of their discovery needs, the complexity of the issues raised, and the number of witnesses that may be needed to testify at the time of trial.

RESPECTFULLY SUBMITTED this 19th day of June, 2015.

POTTER LAW OFFICES

BY: /s/ Cal J. Potter, III
CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C.J. POTTER, IV, ESQ.
Nevada Bar No. 13225
1125 Shadow Lane
Las Vegas, Nevada 89102
Attorneys for Plaintiff

OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI

BY: /s/ Walter R. Cannon
WALTER R. CANNON, ESQ.
Nevada Bar No. 1505
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 6270
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendant
Melanie Andress-Tobiasson

RASMUSSEN & KANG

BY: /s/ Chris T. Rasmussen
CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 7149
330 S. Third Street, Suite 1010
Las Vegas, Nevada 89101
Attorney for Defendant
Kocka & Bolton