CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, NV 89102
Ph:  (702) 385-1954
Fax: (702) 385-9081
cpotter@potterlawoffices.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

VIVIAN WRIGHT-BOLTON;                       CASE NO.:  2:14-cv-01612-APG-PAL

               Plaintiff,

v.

MELANIE ANDRESS-TOBIASSON,
individually; THE ESTATE OF JENNIFER
BOLTON deceased; KOCKA & BOLTON,
LLC, a Nevada Limited Liability Company;

               Defendants.

_____/

## STIPULATION AND ORDER TO EXTEND PLAINTIFF'S RESPONSE TO

## DEFENDANT ANDRESS-TOBIASSON'S MOTION TO STRIKE

     IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, VIVIAN

WRIGHT-BOLTON, by and through her counsel, CAL J. POTTER, III, ESQ. and C. J.

POTTER, IV, ESQ. of POTTER LAW OFFICES and Defendant, MELANIE ANDRESS-

TOBIASSON, by and through her counsel WALTER R. CANNON, ESQ. and THOMAS D.

DILLARD, JR, ESQ. of OLSON CANNON GORMLEY & STOBERSKI that the date for

Plaintiff to file her Response to Defendant Andress-Tobiasson's Motion to Strike [doc. 29]

currently due Friday, August 28, 2015 be extended five (5) days up to and including

Wednesday, September 2, 2015.

     Plaintiff submits that good cause exists for this extension as Plaintiff's counsel has been

unable to complete the Response due to numerous court appearances, multiple depositions,

1    multiple mediations and court-ordered settlement conferences, and other deadlines, including

2    but not limited to Ninth Circuit and Nevada Supreme Court appeal briefs.  Based upon the

3    foregoing, the parties request that this Court order the time for the Plaintiff to file her Reply to

4    Wednesday, September 2, 2015.

5            This is the first request for enlargement of time is made in good faith and not for the

6    purposes of delay.

7    DATED this 28th day of August, 2015.            DATED this 28th day of August, 2015.

8    POTTER LAW OFFICES                              OLSON, CANNON, GORMLEY,
                                                     ANGULO & STOBERSKI
9    By   /s/ C. J. Potter, IV, Esq.
     CAL J. POTTER, III, ESQ.                        By   /s/ Thomas D. Dillard, Jr., Esq.
10   Nevada Bar No. 1988                             WALTER R. CANNON, ESQ.
     C. J. POTTER, IV. ESQ.                          Nevada Bar No. 1505
11   Nevada Bar No.  13225                           THOMAS D. DILLARD, JR., ESQ.
     1125 Shadow Lane                                Nevada Bar No. 6270
12   Las Vegas, NV 89102                             9950 W. Cheyenne Avenue
     *Attorneys for Plaintiff*                       Las Vegas, NV  89129
13                                                   *Attorney for Defendant Melanie*
14                                                   *Andress-Tobiasson*

15

16

17                              **ORDER**

18           It is so Ordered.

19            September 1, 2015
20   _____                       _____
     DATED                                    U.S. DISTRICT COURT JUDGE
21

22

23

24

25

26

27

28

                                            2