AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Vivian Wright-Bolton,

Plaintiff,

V.

Melanie Andress-Tobiasson, et al.,

Defendants.

**AMENDED**

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:14-cv-01612-APG-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of Defendant, Melanie Andress-Tobiasson and against the Plaintiff, Vivian Wright-Bolton.

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

9/25/15
DATE