**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| VIVIAN WRIGHT-BOLTON, | Case No. 2:14-cv-01612-APG-PAL |
| Plaintiff, | |
| v. | **ORDER CERTIFYING JUDGMENT AS FINAL** |
| MELANIE ANDRESS-TOBIASSON; THE ESTATE OF JENNIFER BOLTON; and KOCKA & BOLTON, LLC; | (Dkt. #42) |
| Defendants. | |

On September 23, 2015, I entered judgment in favor of defendant Melanie Andress-Tobiasson based upon judicial immunity. (Dkt. ##34, 35, 36.)  Judge Andress-Tobiasson now requests that I certify that judgment as final under Fed. R. Civ. P. 54(b) so any appeal can be taken immediately. (Dkt. #42.)  Plaintiff does not oppose that request. (Dkt. #44.)  I determine that there is no just reason to delay entry of final judgment in favor of Judge Andress-Tobiasson. To the contrary, good cause exists to enter final judgment now so the issue of immunity can be addressed on appeal as soon as possible.

IT IS THEREFORE ORDERED that defendant Judge Melanie Andress-Tobiasson's motion for entry of a final judgment **(Dkt. #42) is GRANTED**.  The judgment entered in favor of her is hereby certified as final.

DATED this 2nd day of February, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE