CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, NV 89102
Ph:  (702) 385-1954
Fax: (702) 385-9081
cpotter@potterlawoffices.com
cj@potterlawoffices.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VIVIAN WRIGHT-BOLTON; | CASE NO.:   2:14-cv-01612-APG-PAL |
| Plaintiff, | |
| v. | |
| MELANIE ANDRESS-TOBIASSON, individually; THE ESTATE OF JENNIFER BOLTON deceased; KOCKA & BOLTON, LLC, a Nevada Limited Liability Company; | |
| Defendants. _____/ | |

**JOINT MOTION TO STAY PROCEEDINGS PENDING APPEAL**

COMES NOW the Plaintiff, VIVIAN WRIGHT-BOLTON, by and through her counsel, CAL J. POTTER, III, ESQ. and C. J. POTTER, IV, ESQ. of POTTER LAW OFFICES and Defendant, KOCKA & BOLTON, LLC by and through its counsel, CHRIS T. RASMUSSEN, ESQ. of RASMUSSEN & KANG and hereby jointly request that this matter be stayed.

. . .

. . .

. . .

This Motion is made jointly by the parties remaining below and is based upon the pleadings and papers on file herein, the points and authorities submitted in support of the instant motion and the oral argument of counsel at the time of hearing, if any.

DATED this 1st day of March, 2016.

POTTER LAW OFFICES

By /s/ Cal J. Potter, III, Esq.
CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV. ESQ.
Nevada Bar No. 13225
1125 Shadow Lane
Las Vegas, NV 89102
*Attorneys for Plaintiff*

DATED this 2nd day of March, 2016.

RASMUSSEN & KANG

By /s/ Chris T. Rasmussen, Esq.
CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 7149
330 S. Third Street, Suite 1010
Las Vegas, NV 89101
*Attorney for Defendant Kocka & Bolton, LLC*

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### FACTS

**A. INTRODUCTION**

This is a civil rights action filed by Plaintiff, Vivian Wright-Bolton, against Defendants. This case arises out of an incident in which all Defendants conspired to violate Plaintiff's Due Process rights and obtain an ex parte Las Vegas Justice Court Order concerning Jennifer Bolton's Canadian Petition for Divorce, in violation of Plaintiff's Due Process Rights.

Defendant Tobiasson, signed an order rescinding her previous, Las Vegas Justice Court Ex Parte Order concerning Jennifer Bolton's Canadian Petition for Divorce, in violation of Plaintiff's Due Process Rights on February 12, 2014.

At the time that Jennifer Bolton sought out Defendant Andress-Tobiasson's execution of the Canadian Petition for Divorce, she was a managing partner of Kocka & Bolton, LLP.

**B. PROCEDURAL HISTORY**

This case was filed on September 30, 2014 and commenced through discovery. Summary judgment was granted in favor of the Defendant, Melanie Andress-Tobiasson on September 23, 2015 [ECF 34, 25, & 36]. Defendant Andress-Tobiasson sought relief to make the judgment final [ECF 42], which was unopposed by the Plaintiff [ECF 44] and granted on

2

February 2, 2016 [ECF 45].  The Plaintiff filed a Notice of Appeal on February 29, 2016 [ECF 46]. Accordingly, the claims against Defendant Tobiasson are now pending before the Ninth Circuit Court of Appeals.

However, the claims against Defendant Kocka & Bolton, LLC remain before this Court. The claims against Defendant Andress-Tobiasson and Defendant Kocka & Bolton, LLC are inextricably intertwined and the outcome of the appeal will have an effect on entire case.

As such, the Plaintiff and Defendant Kocka & Bolton, LLC request a stay in this matter pending the decision from the Ninth Circuit Court of Appeals.  Discovery in this matter is closed, but the parties request that all briefing, hearings, and pre-trial dates be stayed until the case has been decided by the Ninth Circuit Court of Appeals, including the Joint Pre-Trial Order which was due on January 18, 2016 [ECF 28].

## II.

## ARGUMENT

While the Federal Rules of Civil Procedure do not specifically address stays for cases where some claims are on appeal after FRCP 54(b) certification, FRCP 62 does address appellate stays in other instances. Moreover, FRAP 8(a) concerns stays pending appeal and states that a party seeking a District Court stay, "must ordinarily move first in the district court for . . . a stay . . ."

The parties aver that good cause exists to stay this matter pending the resolution of the claims against Defendant Andress-Tobiasson, which are now pending before the Ninth Circuit Court of Appeals.  Stay in this matter will only benefit this Court and the parties as the claims on appeal regarding Defendant Andress-Tobiasson are directly related to those against Defendant Kocka & Bolton, LLC.

. . .

. . .

. . .

## III.

## CONCLUSION

Stay in this matter will not cause prejudice to any party, in fact, staying this matter pending appeal will only allow the parties to better resolve the claims after a decision from the Ninth Circuit through alternative dispute resolution or a single trial. The decision from the Ninth Circuit will also determine the viability of Plaintiff's claims.

Should the Court grant this Joint Motion, the parties suggest that intermittent status reports be filed with the Court regarding the status of the appeal.

For the reasons set forth above, Plaintiff and Defendant Kocka & Bolton, LLC respectfully request that this matter, including any and all briefing, hearings, and pre-trial dates be stayed pending appeal.

DATED this 1st day of March, 2016.

POTTER LAW OFFICES

By /s/ Cal J. Potter, III, Esq.
CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV. ESQ.
Nevada Bar No. 13225
1125 Shadow Lane
Las Vegas, NV 89102
*Attorneys for Plaintiff*

DATED this 2nd day of March, 2016.

RASMUSSEN & KANG

By /s/ Chris T. Rasmussen, Esq.
CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 7149
330 S. Third Street, Suite 1010
Las Vegas, NV 89101
*Attorney for Defendant Kocka & Bolton, LLC*

IT IS SO ORDERED this 10th day of March, 2016.

_____
Peggy A. Leen
United States Magistrate Judge

4