# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| VIVIAN WRIGHT-BOLTON, <br><br> Plaintiff, <br><br> v. <br><br> MELANIE ANDRESS-TOBIASSON; THE ESTATE OF JENNIFER BOLTON; and KOCKA & BOLTON, LLC; <br><br> Defendants. | Case No. 2:14-cv-01612-APG-PAL <br><br> **ORDER REQUIRING JOINT STATUS REPORT** |

On September 23, 2015, I entered judgment in favor of defendant Melanie Andress-Tobiasson based upon judicial immunity. ECF Nos. 34, 35, 36. The Ninth Circuit affirmed my decision. ECF Nos. 51, 52, 54.

The only remaining defendant is Kocka & Bolton, LLC. This case was stayed pending appeal, and it appears there has been little, if any, activity in this case regarding Kocka & Bolton. Therefore, respective counsel for the plaintiff and for Kocka & Bolton shall confer about the viability of the remaining claims against Kocka & Bolton and file a joint status report by **November 3, 2017**. The failure to file a report by that date will result in the dismissal of all remaining claims and the closure of this case.

DATED this 16th day of October, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE