UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VIVIAN WRIGHT-BOLTON,<br><br>　　　　　　Plaintiff,<br>v.<br>KOCKA & BOLTON, LLC,<br><br>　　　　　　Defendant. | Case No. 2:14-cv-01612-APG-PAL<br><br>**ORDER**<br><br>(Jt. Stat. Rpt. – ECF No. 58) |

This matter is before the court on the parties' Joint Status Report (ECF No. 58), filed November 3, 2017. The Report and case management issues following remand from the Ninth Circuit are referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 of the Local Rules of Practice.

The Report indicates that claims remain against Defendant Koka & Bolton, LLC, and the parties intend to litigate those claims before a jury.

Accordingly,

**IT IS ORDERED:**

1. The parties shall have until **November 22, 2017** to meet and confer and submit a proposed scheduling order for preparing this case for trial.
2. A status and scheduling conference is set for **10:00 a.m., November 28, 2017**, in Courtroom 3D.

Dated this 14th day of November, 2017.

　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1