CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, NV 89102
Ph: (702) 385-1954
Fax: (702) 385-9081
cpotter@potterlawoffices.com
cj@potterlawoffices.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VIVIAN WRIGHT-BOLTON, | CASE NO.: 2:14-cv-01612-APG-PAL |
| Plaintiff, | |
| v | |
| | **STIPULATION AND ORDER TO EXTEND STATUS AND SCHEDULING CONFERENCE ECF. (58)** |
| MELANIE ANDRESS-TOBIASSON; KOCKA & BOLTON, LLC. | |
| Defendants. | |

COMES NOW, the above-referenced parties, by and through their undersigned counsel of record, and hereby agree, jointly stipulate that the Court continue the Status and Scheduling Conference, that is currently set for Tuesday, November 28, 2017 at 10:00 a.m. be extended (14) Fourteen days up to and including Tuesday, December 12, 2017.

Plaintiff's counsel CAL J. POTTER, III, ESQ. has recently passed away on Wednesday, November 22, 2017.

. . .

. . .

. . .

. . .

. . .

. . .

This request for extension is made in good faith and not for the purposes of delay.

WHEREFORE, the parties respectfully request that the Status and Scheduling Conference be extended (14) Fourteen days up to and including Tuesday, December, 12, 2017.

APPROVED AS TO FORM AND CONTENT.

DATED this 27th day of November, 2017.  DATED this 27th day of November, 2017.

POTTER LAW OFFICES  RASMUSSEN & KANG

By  /s/ C. J. Potter, IV, Esq.  By /s/ Chris Rasmussen, Esq.
CAL J. POTTER, III, ESQ.  CHRIS RASMUSSEN, ESQ.
Nevada Bar No. 1988  Nevada Bar No. 007149
C. J. POTTER, IV, ESQ.  330 South Third Street, Ste. 1010
Nevada Bar No. 13225  Las Vegas, Nevada 89101
1125 Shadow Lane  *Attorneys for Defendant*
Las Vegas, Nevada 89102
*Attorneys for Plaintiffs*

## **ORDER**

IT IS ORDERED that the status and scheduling conference is continued to December 12, 2017, at 10:45 a.m., in Courtroom 3B.

November 28, 2017
_____                              _____
DATED                                          UNITED STATES MAGISTRATE JUDGE