C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, NV 89102
Ph: (702) 385-1954
Fax: (702) 385-9081
cj@potterlawoffices.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VIVIAN WRIGHT-BOLTON, | CASE NO.: 2:14-cv-01612-APG-PAL |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS** |
| MELANIE ANDRESS-TOBIASSON; KOCKA & BOLTON, LLC. | **ORDER** |
| Defendants. | |

COMES NOW, the above-referenced parties, by and through their undersigned counsel of record, and hereby stipulate and agree to dismiss all claims brought by Plaintiff VIVIAN WRIGHT-BOLTON against the named Defendants.

WHEREFORE, the parties stipulate to dismiss all claims with each party to bear their own fees and costs.

DATED this 16th day of January, 2018.   DATED this 16th day of January, 2018.

POTTER LAW OFFICES                       RASMUSSEN & KANG

By /s/ C.J. POTTER, IV, ESQ.             By /s/ CHRIS RASMUSSEN, ESQ.
C.J. POTTER, IV, ESQ.                    CHRIS RASMUSSEN, ESQ.
Nevada Bar No. 13225                     Nevada Bar No. 007149
1125 Shadow Lane                         330 South Third Street, Ste. 1010
Las Vegas, Nevada 89102                  Las Vegas, Nevada 89101
*Attorney for Plaintiff*                 *Attorney for Defendant*

**IT IS SO ORDERED.**  _____
UNITED STATES DISTRICT JUDGE
Dated: January 17, 2018.